WILLIAM E. WALSH ET AL. V. HENRY N. BREVOORT,
CIRCUIT JUDGE OF WAYNE COUNTY.

*Default—Mandamus.*

*Mandamus* will not lie to compel a circuit judge to set aside an order
denying the motion of a defendant to set aside his default in not
pleading, with leave to plead or demur, he having failed to com-
ply with the rules by filing an affidavit of merits, pleading issua-
bly, and tendering the costs of the default.

*Mandamus.* Submitted October 15, 1889. Denied Octo-
ber 16, 1889, without prejudice, etc.

Relators apply for *mandamus* to compel respondent to set
aside an order denying a motion to set aside a default. The
facts are stated in the opinion.

*O. F. Hunt,* for relators.

*Fraser & Gates,* for respondent.

PER CURIAM. Motion to set aside default, and permit
defendants to plead.

In this cause, before the time had expired for defendants
to plead, they obtained from the court *ex parte* 10 days'
further time, but neglected to serve notice of such extension
upon plaintiff's attorneys, and the plaintiff's attorneys
entered their default for want of a plea. Within the 10 days,
the defendants filed and served a demurrer, which, on appli-
cation to us, we directed the court to strike from the files.
The case then stood on default.

The defendants, instead of complying with the rules of
court, ignored them, and moved the court to set aside the
default, and for leave to plead or demur. The court denied

the motion on the ground that defendants had not complied with the rules, by filing an affidavit of merits, pleading issuably, and tendering the costs of the default.

A *mandamus* is asked to compel the court to set aside the order denying defendants' motion, and to grant the motion to set aside the default with leave to defendants to plead or demur.

We deny the motion for *mandamus*, with costs, but without prejudice to the defendants' proceeding under the rules of practice to set aside the default in 10 days. We think that, under the circumstances, the delay may be considered as excused.